PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 965-1330
*Attorneys for Plaintiff Miller Edge, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **MILLER EDGE, INC.,** | ) | |
| | ) | |
| *Plaintiff,* | ) | C.A. No. _____ |
| **v.** | ) | |
| **ASO GMBH U. CO. KG,** | ) | |
| | ) | |
| **ASO GMBH ANTRIEBS- UND STEUERUNGSTECHNIK, and** | ) | **Jury Trial Demanded** |
| | ) | |
| **ASO SAFETY SOLUTIONS, INC.,** | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff Miller Edge, Inc. ("Miller Edge"), by and through its undersigned

counsel, files this Complaint against defendants ASO GmbH u. Co. KG, ASO

GmbH Antriebs- und Steuerungstechnik, and ASO Safety Solutions, Inc.

(collectively, "Defendants" or "ASO"), and alleges as follows:

## NATURE OF ACTION

1.      This is an action for patent infringement against Defendants for their

infringement of U.S. Patent No. 7,282,879 ("the '879 Patent").

## PARTIES

2.      Plaintiff Miller Edge, Inc. is a Pennsylvania corporation with its corporate headquarters and principal place of business at 300 North Jennersville Road, Jennersville, Pennsylvania 19390.

3.      On information and belief, Defendant ASO GmbH u. Co. KG is a German limited partnership with its principal place of business located at Hansastraβe 52, 59557 Lippstadt, Germany.

4.      On information and belief, Defendant ASO GmbH Antriebs- und Steuerungstechnik is a German limited liability company with its principal place of business located at Hansastraβe 52, 59557 Lippstadt, Germany

5.      On information and belief, Defendant ASO Safety Solutions, Inc. is a New Jersey corporation with its principal place of business located at 300 Roundhill Drive, Unit 6, Rockaway, New Jersey, 07866.

## JURISDICTION AND VENUE

6.      This action arises under the United States Patent Act, codified at 35 U.S.C. § 1 et seq., and in particular, 35 U.S.C. §§ 271 and 281-285.

7.      This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court has personal jurisdiction over Defendants ASO GmbH u. Co. KG and ASO GmbH Antriebs- und Steuerungstechnik because, on information

and belief, Defendants ASO GmbH u. Co. KG and ASO GmbH Antriebs- und Steuerungstechnik have substantial, continuing, and ongoing contacts with this State and judicial district and have sold and continue to sell into this State and judicial district the products at issue in this case.

9.      This Court has personal jurisdiction over Defendant ASO Safety Solutions, Inc. because, on information and belief, Defendant ASO Safety Solutions, Inc. is incorporated in this Judicial District, has committed acts of infringement in and from this Judicial District, and continues to commit acts of infringement in and from this Judicial District.

10.     Venue is proper under 28 U.S.C. §§ 1391(c)(3) and 1400(b) in this District because, on information and belief, Defendants ASO GmbH u. Co. KG and ASO GmbH Antriebs- und Steuerungstechnik are not residents of the United States and Defendant ASO Safety Solutions, Inc. is incorporated and therefore deemed to reside in this District and has committed acts of infringement and has a regular and established place of business in this District.

## **FACTS**

11.     Plaintiff Miller Edge was founded in 1936 and develops and provides sensing edges for gates and doors.

12.     On February 16, 2006, Bearge D. Miller filed U.S. Patent Application No. 11/356,197 ("the '197 Application").  On February 14, 2006, Mr. Miller

assigned his interest in and to the '197 Application to Miller Edge and this assignment was recorded in the United States Patent and Trademark Office ("PTO") on April 20, 2006, at Reel 017502, beginning at Frame 0599.

13.     On October 16, 2007, the '879 Patent was issued by the PTO based on the '197 Application.  A true and correct copy of the '879 Patent is attached hereto as Exhibit A and is incorporated by reference as if fully set forth herein.

14.     The '879 Patent is valid and enforceable.  The term of the '879 Patent will expire on or about April 27, 2026.

15.     The '879 Patent discloses and claims various novel and unique features relating to a bi-directional sensing edge for a gate.

16.     Plaintiff Miller Edge is the assignee of all right, title, and interest in and to the '879 Patent and possesses all rights of recovery under the '879 Patent, including the right to sue for infringement, recourse for damages, and to seek injunctive relief.

17.     Upon information and belief, for all times relevant to this Complaint, Defendants have been making, using, selling, or offering to sell products covered by one or more of the claims of the '879 Patent and continue to do so to this day. Bay way of example, these products include, but are not limited to, the LiftMaster WR4, WR5, WR6, WS4, WS5, and WS6 Monitored Resistive Wrap Around Edges ("Initially Accused Products").

4

18.     Defendant ASO Safety Solutions, Inc. has been aware of the '879 Patent at least since February 13, 2017, when Plaintiff Miller Edge wrote to Defendant ASO Safety Solutions, Inc. to notify ASO of its infringement of the '879 Patent, as shown in Exhibit B.

19.     The Initially Accused Products entered into the stream of U.S. commerce by Defendants and offered for sale or sold to residents in this District do not have any substantial non-infringing uses.

## COUNT I – INFRINGEMENT OF THE '879 PATENT

20.     Plaintiff Miller Edge realleges and incorporates by reference paragraphs 1 through 19 of this Complaint as if fully set forth herein.

21.     The claims of the '879 Patent are presumed valid pursuant to 35 U.S.C. § 282.

22.     Upon information and belief, Defendants have been and are currently infringing one or more claims of the '879 Patent, either literally or under the doctrine of equivalents, by making, causing to be made, using, selling, offering to sell, or importing into the United States, without license or authority, at least the Initially Accused Products, which are covered by or more claims of the '879 patent, including at least claims 1-3, 5, and 10-11.  Upon information and belief, the Initially Accused Products are sensing edges that meet the claims of claims 1-3, 5, and 10 as shown in the claim chart attached hereto as Exhibit C.

5

23.     Upon information and belief, Defendants have willfully infringed one or more of the claims of the '879 Patent through use, manufacture, offer for sale, sale, and/or importation of the Initially Accused Products.

24.     As a result of Defendants' willful infringement of the '879 Patent, Plaintiff Miller Edge has been damaged to an extent not yet determined.

25.     Plaintiff Miller Edge is entitled to monetary damages adequate to compensate it for infringement by Defendants of the '879 Patent and is entitled to increased damages under 35 U.S.C. § 284, together with interest, costs, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues appropriately triable by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Miller Edge, Inc. pray for judgment in its favor and against Defendants ASO GmbH u. Co. KG, ASO GmbH Antriebs- und Steuerungstechnik, and ASO Safety Solutions, Inc. for the following:

(a)     A judgment that Defendants have infringed the '879 Patent;

(b)     A decree that Defendants' infringement of the '879 Patent was willful and deliberate;

(c)     An award to Plaintiff Miller Edge of damages that are adequate to

6

fully compensate it for Defendants' infringement of the '879 Patent, together with prejudgment interest and costs, including enhanced damages for any willful infringement under 35 U.S.C. § 284;

(d)     A permanent injunction enjoining Defendants and those in active concert or participation with Defendants from infringing the '879 Patent;

(e)     A finding that this case is exceptional and award Plaintiff Miller Edge its costs, reasonable attorneys' fees, and expenses in this action;

(f)     An accounting for damages arising from the infringement of the '879 Patent by Defendants and those in privity with Defendants, including, but not limited to, those sales not presented at trial, and an award by the Court for any such sales, and;

(g)     An award of such other and further relief, at law or in equity, as the Court may deem just and proper.

Dated:  June 1, 2018                    RESPECTFULLY SUBMITTED,

By:  /s/ Keith A. Jones
Keith Jones
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 965-1330
kjones@panitchlaw.com
*Counsel for Plaintiff Miller Edge, Inc.*

# EXHIBIT A

US007282879B2

(12) **United States Patent**

Miller

(10) Patent No.: **US 7,282,879 B2**
(45) Date of Patent: **Oct. 16, 2007**

(54) **BI-DIRECTIONAL SENSING EDGE FOR GATE**

(75) Inventor: **Bearge D. Miller**, West Grove, PA (US)

(73) Assignee: **Miller Edge, Inc.**, West Grove, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 70 days.

(21) Appl. No.: **11/356,197**

(22) Filed: **Feb. 16, 2006**

(65) **Prior Publication Data**

US 2006/0192682 A1    Aug. 31, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/653,598, filed on Feb. 16, 2005.

(51) **Int. Cl.**
*H02P 1/22* (2006.01)
*H02P 1/54* (2006.01)
*H02P 3/00* (2006.01)

(52) **U.S. Cl.** ...................... **318/266**; 318/369; 318/283; 200/61.43; 49/27; 49/28

(58) **Field of Classification Search** ........ 318/260–266, 318/280–283, 466, 369; 200/61.43; 49/27, 49/28

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,135,131 A | 11/1938 | Bassett |
| 2,740,856 A | 4/1956 | Doeg |
| 2,891,289 A | 6/1959 | Guilbert |
| 3,133,167 A | 5/1964 | Miller |
| 3,154,303 A | 10/1964 | Cavallero et al. |
| 3,243,540 A | 3/1966 | Miller |
| 3,260,812 A | 7/1966 | Miller |
| 3,315,050 A | 4/1967 | Miller |
| 3,321,592 A | 5/1967 | Miller |
| 3,462,885 A | 8/1969 | Miller |
| 3,509,360 A | 4/1970 | Miller |
| 3,654,407 A | 4/1972 | Kepner et al. |
| 3,693,026 A | 9/1972 | Miller |
| 3,754,176 A | 8/1973 | Miller |
| 3,855,733 A | 12/1974 | Miller |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          26 43 505 A1     3/1978

*Primary Examiner*—Paul Ip
(74) *Attorney, Agent, or Firm*—Akin Gump Strauss Hauer & Feld LLP

(57) **ABSTRACT**

A bi-directional sensing edge includes a mounting member for securing the sensing edge to a leading member of a gate. An elongate outer sheath has at least first and second portions each respectively corresponding to first and second sides of the leading member. An interior surface of the sheath is spaced from an outer surface of the mounting member to thereby define a second area. A first switch is complementarily positioned within the second area and corresponds to the first portion of the sheath for actuation of the first switch upon application of pressure on an exterior surface of the sheath substantially anywhere along the first portion. A second switch is complementarily positioned within the second area and corresponds to the second portion of the sheath for actuation of the second switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the second portion.

**11 Claims, 4 Drawing Sheets**



**US 7,282,879 B2**

Page 2

---

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,051,336 A | 9/1977 | Miller |
| 4,090,045 A | 5/1978 | Marsh |
| 4,137,116 A | 1/1979 | Miller |
| 4,143,367 A | 3/1979 | Schestag |
| 4,273,974 A | 6/1981 | Miller |
| 4,396,814 A | 8/1983 | Miller |
| 4,401,896 A | 8/1983 | Fowler et al. |
| 4,497,989 A | 2/1985 | Miller |
| 4,773,155 A | 9/1988 | Buchien |
| 4,785,143 A | 11/1988 | Miller |
| 4,908,483 A | 3/1990 | Miller |
| 4,920,241 A | 4/1990 | Miller |
| 4,951,985 A | 8/1990 | Pong et al. |
| 4,954,673 A | 9/1990 | Miller |
| 5,023,411 A | 6/1991 | Miller et al. |
| 5,027,552 A | 7/1991 | Miller et al. |
| 5,072,079 A | 12/1991 | Miller |
| 5,079,417 A | 1/1992 | Strand |
| 5,299,387 A * | 4/1994 | Miller et al. .................. 49/28 |
| 6,600,113 B1 * | 7/2003 | Miller ................... 200/61.43 |
| 6,689,970 B2 * | 2/2004 | Burgess et al. .......... 200/61.43 |
| 2003/0066741 A1 * | 4/2003 | Burgess et al. .......... 200/61.43 |
| 2003/0115802 A1 * | 6/2003 | Neubauer et al. .............. 49/28 |
| 2004/0107640 A1 * | 6/2004 | Ishihara et al. ............... 49/27 |
| 2004/0140186 A1 * | 7/2004 | Burgess et al. .......... 200/61.43 |
| 2006/0192682 A1 * | 8/2006 | Miller ................... 340/686.1 |

\* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 7**



*FIG. 6*

US 7,282,879 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**BI-DIRECTIONAL SENSING EDGE FOR GATE**

CROSS-REFERENCE TO RELATED APPLICATIONS

This patent application claims priority to U.S. Provisional Patent Application No. 60/653,598, filed Feb. 16, 2005, entitled "Bi-directional Sensing Edge for Gate", the disclosure of which is incorporated herein by reference.

BACKGROUND OF THE INVENTION

The present invention relates to a sensing edge for a gate and, more particularly, to a bi-directional sensing edge that senses the location of an obstacle and causes a moving gate to react by moving in a direction opposite to the direction of the sensed obstacle.

The use of sensing edges on moving gates is generally known. Such sensing edges generally include a sheath having an area therein wherein at least a portion of a switch is located. The sensing edge typically extends outwardly from the leading member of the gate in a direction of travel of the gate. Further, the sensing edge is typically attached to the leading member or pole of the gate by standard fastening methods, such as adhesives or screws. However, such sensing edges are problematic in that they cannot sense the exact location of a force and react accordingly. That is, while the prior art sensing edge will sense an applied force, a moving gate reacts to the force according to only one programmed result. This can be seen in U.S. Pat. No. 5,299,387.

Moreover, conventional sensing edges with a programmed reaction to an applied force create serious safety issues. For example, if the gate was programmed to move in a closing direction upon a force applied to the sensing edge, and a force was applied to the sensing edge by an object on the closing side of the gate while the gate was in an opening motion, the gate would reverse direction causing a potential collision with the object.

A need exists, therefore, for a sensing edge capable of sensing the location of an applied force and directing a gate to move in a direction opposite to the direction of the applied force.

The present invention is directed to an improvement of the sensing edge described in U.S. Pat. No. 5,299,387. Specifically, the present invention is directed to a sensing edge for causing a moving gate to move in a direction which is opposite to the direction of a force being applied to the sensing edge by actuation of a device. The sensing edge includes a mounting member which is shaped to snap-fit around a portion of the external surface of the leading member of the gate. The snap fit feature permits the mounting member to remain secured to the leading member of the gate in the event of a partial or total failure of additional fastening elements. The sensing edge extends sufficiently around the leading inside edges of the leading member of the gate to permit the device to be actuated in response to forces which approach the leading member at an angle or on the side thereof. Movement away from the force being applied is accomplished by having two separate sensing edges surrounding the mounting member where application of force on one sensing edge moves the gate in the direction of the other sensing edge.

BRIEF SUMMARY OF THE INVENTION

Briefly stated, the present invention is a bi-directional sensing edge for a gate. The gate includes a leading member having an external surface with at least first and second sides and a maximum lateral distance. The gate is movable in at least a first direction with the first side leading and a second direction with the second side leading. The sensing edge comprises a mounting member for securing the sensing edge to the leading member of the gate. The mounting member includes an outer surface and an inner surface defining a first area for receiving at least a portion of the leading member. An elongate outer sheath has at least first and second portions each respectively corresponding to the first and second sides of the leading member. The sheath further has an interior surface and an exterior surface. The interior surface of the sheath is spaced from the outer surface of the mounting member to thereby define a second area. A first switch is complementarily positioned within the second area and corresponds to the first portion of the sheath for actuation of the first switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the first portion. A second switch is complementarily positioned within the second area and corresponds to the second portion of the sheath for actuation of the second switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the second portion.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

The foregoing summary, as well as the following detailed description of preferred embodiments of the invention, will be better understood when read in conjunction with the appended drawings. For the purpose of illustrating the invention, there are shown in the drawings embodiments which are presently preferred. It should be understood, however, that the invention is not limited to the precise arrangements and instrumentalities shown.

In the drawings:

FIG. 1 is a partial front elevational view showing a portion of a gate construction including a sensing edge in accordance with a preferred embodiment of the present invention;

FIG. 2 is an enlarged cross-sectional view of the sensing edge of FIG. 1 taken along line 2-2 of FIG. 1;

FIG. 3 is an enlarged cross-sectional view of the sensing edge of FIG. 1 taken along line 3-3 of FIG. 1, the sensing edge being shown separated from the gate;

FIG. 4 is a perspective view, partially broken away, of a portion of the sensing edge of FIG. 1;

FIG. 5 is an enlarged cross-sectional view of a sensing edge in accordance with a first alternate embodiment of the present invention;

FIG. 6 is a partial cross-sectional view of the sensing edge of FIG. 5; and

FIG. 7 is an enlarged cross-sectional view of a sensing edge in accordance with a second alternate embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Certain terminology is used in the following description for convenience only and is not limiting. The words "right", "left", "lower" and "upper" designate directions in the drawings to which reference is made. The words "inwardly"

US 7,282,879 B2

3

and "outwardly" refer to directions toward and away from, respectively, the geometric center of the sensing edge and designated parts thereof. Additionally, the word "a" as used in the specification means "at least one." The terminology includes the words above specifically mentioned, derivatives thereof, and words of similar import.

Referring to the drawings in detail, wherein like numerals indicate like elements throughout, there is shown in FIG. **1** a gate, generally designated **10**, having a leading member **12** for receiving a bi-directional sensing edge **14**. In the present embodiment, the gate **10** is automatically driven by a standard drive mechanism (not shown) and travels generally in an arcuate path between an open position and a closed position. Specifically, referring to FIG. **2**, the leading member **12** has an external surface **28** with at least first and second sides **28**a, **28**b and a maximum lateral distance D. The gate **10** is moveable in at least a first direction X with the first side **28**a leading and a second direction Y with the second side **28**b leading. It is understood by those skilled in the art that the gate **10** may travel in a different direction, such as horizontally or vertically, for instance, without departing from the spirit and scope of the present invention. Mechanisms (not shown) capable of actuating the gate **10** are well-known to those skilled in the art and, therefore, further description thereof is omitted for purposes of convenience only and is not limiting.

As shown in FIGS. **1** and **2**, the leading member **12** is preferably generally cylindrically shaped and has a predetermined outer diameter. A decorative element **26** is secured to the upper end thereof to provide the gate **10** with an overall aesthetically pleasing appearance. It is understood by those skilled in the art that the leading member **12** could be configured in other geometrical shapes, such as square, rectangular, or triangular in cross-section without departfrom the spirit and scope of the present invention and as described in more detail hereinafter in connection with the first and second alternate embodiments of the invention.

In the present embodiment, it is preferred that the body portion of the gate **10** be formed of chain-link type fencing **16**, as is well understood by those skilled in the art. While in the present embodiment, it is preferred that the gate **10** be formed of the chain-link fencing **16**, it is also understood by those skilled in the art that the present invention is not limited to mounting the sensing edge **14** to any particular type of gate **10**, so long as the gate **10** includes a leading member **12** to which the sensing edge **14** may be attached. That is, the sensing edge **14** could be used in connection with a wooden stockade-type gate, picket fence-type gate, vertical sliding gate, horizontal sliding gate, swinging gate, bi-parting swinging gate, vertical pivot gate, cantilever gate, a pocket gate, or any other type of gate without departing from the spirit and scope of the present invention.

The chain-link fencing **16** is preferably secured to the leading member **12** by a series of brackets **18** (only one is shown) extending along the length of the leading member **12**. In the present embodiment, it is preferred that the brackets **18** be elliptically shaped for receiving the generally cylindrical leading member **12** therethrough. The brackets **18** preferably include a pair of parallel legs **20** extending outwardly from the leading member **12**. The distal end of each leg **20** includes an aperture for receiving a bolt **22**. The bolt **22** preferably extends through the apertures of the legs **20** and through one of the links of the chain-link fencing **16** to thereby secure the chain-link fencing **16** to the leading member **12**. The bolt **22** preferably includes a nut **24** to firmly secure the bolt **22** to the bracket **18**. Other ways of

4

attaching the leading member **12** to the chain-link fence **16** will be apparent to those skilled in the art.

In the present embodiment, it is preferred that the leading member **12** include an external surface **28** for receiving the sensing edge **14**. As shown in FIG. **2**, the external surface **28** is formed by the outer surface of a curved bight portion of the bracket **18**, or, between brackets **18**, the external surface **28** is formed by the outer surface of the leading member **12**, as shown in FIG. **3**. It should be understood by those skilled in the art that, where the fence is of the type that the bracket **18** is omitted, the external surface **28** for receiving the sensing edge **14** is the external surface of the leading member **12**, as shown in FIGS. **5** and **7**.

While in the present embodiment, it is preferred that the sensing edge **14** be secured to the leading member **12** of the gate **10**, it is understood by those skilled in the art that the gate **10** can include more than one sensing edge thereon. For instance, the sensing edge could be incorporate along the bottom edge of the gate **10**, trailing edge of the gate **10**, the crank arm of a moving gate, or the stationary portion of the fence proximate to the moving gate (all of which are not shown). By incorporating a sensing edge on different portions of the moving gate, the overall safety of the moving gate may be improved.

Referring now to FIGS. **2**-**4**, the bi-directional sensing edge **14** includes a mounting member **30** for securing the sensing edge **14** to the leading member **12** of the gate **10**. The mounting member **30** includes first and second lateral edges **32**a, **32**b. The first and second lateral edges **32**a, **32**b extend the entire length of the sensing edge **14** (i.e., vertically from top to bottom when viewing FIG. **1**) which extends substantially the entire length of the leading member **12**. The mounting member **30** further includes an outer surface **34**a and an inner surface **34**b defining a first area **36** for receiving in facing engagement at least a portion of the leading member **12**. Preferably, the inner surface **34**b of the mounting member **30** is sized and shaped to extend around at least a portion of the external surface **28** of the leading member **12** having the maximum lateral distance D. As used herein, the term leading member **12** includes either the leading member **12** per se or the brackets **18** in combination with the leading member **12**. The inner surface **34**b is preferably sized and shaped to extend around a sufficient portion of the external surface **28** of the leading member **12**, such that the sensing edge **14** is sensitive to forces or objects in the direct path of the leading member **12** and at an angle thereto.

In the present embodiment, it is preferred that the first and second lateral edges **32**a, **32**b be spaced apart a distance which is at least slightly less than the maximum lateral distance D of the leading member **12**. It is further preferred that the mounting member **30** be constructed of a material having a sufficient degree of flexibility to allow the lateral edges **32**a, **32**b of the mounting member **30** to move toward and away from each, such that the leading member **12** and brackets **18** can be snap-fit within the first area **36** to thereby frictionally secure the bi-directional sensing edge **14** to the leading member **12**. In the present embodiment, it is preferred that the mounting member **30** be constructed of a semi-rigid, flexible polymeric material, such as polyvinyl chloride, which is preferably formed by an extrusion process. However, it is understood by those skilled in the art that the mounting member **30** could be constructed of other polymeric materials or metallic materials, as long as the requisite degree of flexibility and rigidity is provided to obtain the snap-fit so that the mounting member **30** effectively grips the leading member **12**. Similarly, the mounting

US 7,282,879 B2

5

member 30 can be formed by other processes, such as die cast molding or compression molding.

Referring now to FIG. 2, the sensing edge 14 preferably includes an elongate outer sheath 38 having a first lateral edge 40*a*, a second lateral edge 40*b*, an interior surface 42*a*, and an exterior surface 42*b*. The first and second lateral edges 40*a*, 40*b* of the sheath 38 are spaced apart from each other and secured to the mounting member 30 proximate but slightly spaced from the first and second lateral edges 32*a*, 32*b* thereof. It is preferred that the first and second lateral edges 40*a*, 40*b* of the sheath 38 are releasably secured to the mounting member 30 to provide ready access to the below described components of the sensing edge 14 within the interior of the sheath 38. Further, the interior surface 42*a* of the sheath 38 is spaced from the outer surface 34*a* of the mounting member 30 to thereby define a generally C-shaped or arcuate-shaped second area 44 (when viewed in FIG. 2) for complementarily receiving first and second switches 56*a*, 56*b*, described hereinafter. The outer sheath 38 has at least first and second portions 38*a*, 38*b*, each respectively corresponding to the first and second sides 28*a*, 28*b* of the external surface 28 of the leading member 12 when the sensing edge 14 is assembled and attached to the leading member 12 as shown in FIG. 2.

In the present embodiment, it is preferred that the sheath 38 be constructed of a flexible material, such that the sheath 38 is easily compressible into the second area 44 upon application of external pressure thereto. It is preferred that the flexible material be a polymeric material, such as poly-vinyl chloride, which is preferably formed by an extrusion process. However, it is understood by those skilled in the art that the sheath 38 could be constructed of other flexible materials such as Santoprene made by Monsanto or a combination of polyvinyl chloride and neoprene, Similarly, the sheath 38 can be formed by other processes such as die cast molding or compression molding.

As shown in FIG. 2, the mounting member 30 and sheath 38 are preferably generally C-shaped or arcuate-shaped in cross-section for complementarily receiving the leading member 12 therein. However, it is understood by those skilled in the art that the sheath 38 and mounting member 30 could be constructed of other configurations to complement leading members of different shapes. For instance, as shown in the embodiments of FIGS. 5-7, the leading member is generally in the form of a parallelogram and the mounting member 30 and sheath 38 are generally U-shaped in cross-section to complementarily receive the leading member 12 therein. Referring now to FIG. 2, although the mounting member 30 is configured to receive and grip the leading member 12 with a snap-fit, it may be preferable to include one or more fastening elements to further secure the sensing edge 14 to the leading member 12. In the present embodiment, self-tapping screws 46 are provided for securing the lateral edges 32*a*, 32*b* of the mounting member 30 to the brackets 18 and/or leading member 12, as is understood by those skilled in the art. It is also understood by those skilled in the art that other fastening elements could alternatively be used to secure the mounting member 30 to the leading member 12, such as rivets (not shown) or an adhesive (not shown), without departing from the spirit and scope of the present invention.

Utilization of a snap-fit in combination with the standard fastening elements 46 provides a sensing edge 14 which is firmly secured to the leading member 12. That is, in the event that one or more fastening elements 46 fails, the snap-fit of the mounting member 30 retains the sensing edge

6

14 on the leading member 12 at least until the system is inspected and the fastening elements 46 are repaired or replaced.

As shown in FIGS. 2 and 3, the first and second lateral edges 40*a*, 40*b* of the sheath 38 are preferably releasably secured to the mounting member 30 to provide access to the second area 44, thus facilitating servicing, repair, and manu-facture of the sensing edge 14. In the present embodiment, it is preferred that the first and second lateral edges 40*a*, 40*b* of the sheath 38 be releasably secured to the mounting member 30 by a snap-fit arrangement. That is, the outer surface 34*b* of the mounting member 30 includes a pair of longitudinally extending channels 48 proximate the first and second lateral edges 40*a*, 40*b* extending outwardly from the outer surface 34*a* of the mounting member 30. The channels 48 are generally rectangularly shaped in cross-section and preferably extend the entire length of the mounting member 30. The channels 48 each include a slot 50 also preferably extending the entire length thereof. A finger 52 extends from each of the lateral edges 40*a*, 40*b* of the sheath 38 inwardly from the interior surface 42*a* of the sheath 38. Each of the fingers 52 has a first portion which is shaped to complement the slots 50 and a second portion which is generally trian-gularly shaped in cross-section and is sized to snap into and be captured within the hollow portion of the respective channels 48. The fingers 52 preferably extend the entire length of the sheath 38 to ensure that the first and second lateral edges 40*a*, 40*b* of the sheath 38 are securely attached to the mounting member 30.

It is understood by those skilled in the art that other methods could be used to releasably secure that first and second lateral edges 40*a*, 40*b* of the sheath 38 to the mounting member 30. For instance, the fingers 52 could be friction fit within the slots 50 or the channels 48 could be solid for receiving other standard fasteners. If desired, one (or both) of the first and second lateral edges 40*a*, 40*b* could be permanently secured to one of the channels 48 by depositing an adhesive (not shown) within the hollow por-tion of the channels 48 along with the finger 52 with the other of the lateral edges 40*a*, 40*b* being releasable.

The bi-directional sensing edge 14 is preferably used for detecting objects in proximity to the leading member 12 of the gate 10 and includes first and second switches 56*a*, 56*b*, each complementarily positioned within the second area 44, with the first switch 56*a* generally corresponding to the first portion 38*a* of the sheath 38 and the second switch 56*b* generally corresponding to the second portion 38*b* of the sheath 38. The first and second switches 56*a*, 56*b* cause actuation of the device or drive mechanism (discussed above) upon application of pressure to the exterior surface of the sheath 38. Each of the first and second switches 56*a*, 56*b* preferably is a force sensing switch positioned within the sheath 38 to sense objects in proximity to the leading member 12 of the gate 10, which are engaged by the sheath 38. In this way, application of pressure on the exterior surface 42*b* of the sheath 38, such as may be caused by the sheath 38 engaging an object, substantially anywhere along the first and second portions 38*a*, 38*b* respectively actuates one of the first and second switches 56*a*, 56*b*, which in turn, actuates the devices or drive mechanism, discussed above, in the appropriate manner. In order to facilitate description of the first and second switches 56*a*, 56*b*, a dashed line is shown in FIG. 2 generally along a "radial" center line of the bi-directional sensing edge 14 to separate the first switch and second switch sides of the sensing edge 14. Each of the components of the switches 56*a*, 56*b* described below is

US 7,282,879 B2

7

referred to as having an "a" portion corresponding to the first switch **56***a* and a "b" portion corresponding to the second switch **56***b*.

Referring to FIGS. **2-4**, each of the first and second switches **56***a*, **56***b* comprises a first sheet of resiliently compressible material **58***a*, **58***b* which is positioned within the second area **44** and includes a first face and a second face. The first face of the first sheet of resiliently compressible material **58***a*, **58***b* is in engagement with the outer surface **34***a* of the mounting member **30**. In the present embodiment, it is preferred that the first sheet of resiliently compressible material **58***a*, **58***b* and succeeding layers and sheets described hereinafter, be generally sized to complement the internal configuration of the second area **44**. However, it is understood by those skilled in the art that the first sheet of resiliently compressible material **58***a*, **58***b* and succeeding layers and sheets can be sized as wide or narrow as desired and may be of any desired length for accommodating different structures and uses. In the present embodiment, it is preferred that the first sheet of resiliently compressible material **58***a*, **58***b* be constructed of generally soft foam rubber. It is understood by those skilled in the art that the first sheet of resiliently compressible material **58***a*, **58***b* can be constructed of either closed-space or open-cell foam rubber or other materials having similar properties.

Proximate the first sheet of resiliently compressible material **58***a*, **58***b* is a first sheet of flexible, electrically conductive material **60***a*, **60***b*, engaged therewith, and having a first face and a second face. The first face of the first sheet of flexible, electrically conductive material **60***a*, **60***b* is in engagement with the second face of the first sheet of resiliently compressible material **58***a*, **58***b*. In the present embodiment, it is preferred that the first sheet of flexible, electrically conductive material **60***a*, **60***b* be generally thin and preferably be constructed of aluminum or aluminum foil. However, it is within the spirit and scope of the present invention to construct the first sheet of flexible, electrically conductive material **60***a*, **60***b* of other conductive materials, such as copper, brass, or an alloy thereof. Although referred to as a single sheet for the sake of convenience, the first sheet of flexible, electrically conductive material **60***a*, **60***b* is preferably separated by a first gap **61** into two separate sheets, one first sheet of flexible, electrically conductive material **60***a* for the first switch **56***a* and another first sheet of flexible, electrically conductive material **60***b* for the second switch **56***b*. In this way, the first and second switch **56***a*, **56***b* portions of the first sheet of flexible, electrically conductive material **60***a*, **60***b* are electrically isolated from one another.

An electrical conductor or wire (not shown in this embodiment but similar to first and second wires **84***a*, **84***b* shown in FIG. **6** with respect to the first alternate embodiment) is electrically connected to the first sheet of flexible, electrically conductive material **60***a*, **60***b* for each of the first and second switches **56***a*, **56***b* preferably by soldering at one end thereof. That is, the first wire is electrically connected to the first sheet of flexible, electrically conductive material **60***a* for the first switch **56***a*, and the second wire is electrically connected to the first sheet of flexible, electrically conductive material **60***b* for the second switch **56***b*. The electrical conductors are used in connection with a circuit (not shown) for controlling the actuation of the device, as is understood by those skilled in the art, in response to the application of force to the sheath **38**, as described hereinafter. It is also understood by those skilled in the art that a plurality of conductors or wires could be electrically con-

8

nected to the first sheet of flexible, electrically conductive material **60***a*, **60***b* to provide a redundancy feature.

The first sheet of flexible, electrically conductive material **60***a*, **60***b* is in engagement with a layer of non-conductive material **62***a*, **62***b* having a first face and a second face for spacing apart the first sheet of flexible, electrically conductive material **60***a*, **60***b* and a second sheet of flexible, electrically conductive material **64***a*, **64***b*. The layer of non-conductive material **62***a*, **62***b* has at least one opening **66** extending therethrough between the first and second faces thereof. As shown in FIGS. **2-4**, the layer of non-conductive material **62***a*, **62***b*, preferably includes a plurality of openings **66** interspaced therealong for allowing the actuation of the first and second switches **56***a*, **56***b* by applying pressure thereto, as described hereinafter. In the present embodiment, it is preferred that the opening **66** be generally circular in cross-section. However, it is within the spirit and scope of the present invention to configure the opening **66** in any geometric configuration, such as square-shaped or oval-shaped, for instance.

The layer of non-conductive material **62***a*, **62***b* is preferably constructed of a resiliently compressible material, such as generally soft foam rubber, for instance. It is understood by those skilled in the art that the layer of non-conductive materials **62***a*, **62***b* can be constructed of either closed- or open-cell foam rubber or other materials having similar properties, so long as the function of the first and second switches **56***a*, **56***b* is achieved, as described hereinafter.

The layer of non-conductive material **62***a*, **62***b* is in engagement with the second sheet of flexible, electrically conductive material **64***a*, **64***b* having a first face and a second face. The first face of the second sheet of flexible, electrically conductive material **64***a*, **64***b* is in engagement or corresponding facing relationship with the second face of the layer of non-conductive material **62***a*, **62***b*. In a similar manner as described above with respect to the first sheet of flexible, electrically conductive material **60***a*, **60***b*, the second sheet of flexible, electrically conductive materials **64***a*, **64***b* is preferably separated by a second gap **61** into two separate sheets, one second sheet of flexible, electrically conductive material **64***a* for the first switch **56***a* and another second sheet of flexible, electrically conductive material **64***b* for the second switch **56***b*, to electrically isolate the portions of the second sheet of flexible, electrically conductive materials **64***a*, **64***b* from one another.

In the present embodiment, it is preferred that the second sheet of flexible, electrically conductive material **64***a*, **64***b* be constructed of the same material and configuration as the first sheet of flexible, electrically conductive material **60***a*, **60***b*. Similarly, each portion of the second sheet of flexible, electrically conductive material **64***a*, **64***b* is connected to an electrical conductor or wire (not shown in this embodiment but similar to third and fourth wires **88***a*, **88***b* shown in FIG. **6** with respect to the first alternate embodiment) or a plurality thereof for connection with the circuit for controlling the actuation of the device in response to the application of force to the sheath **38**.

In engagement with the second sheet of flexible, electrically conductive material **64***a*, **64***b* is a second sheet of resiliently compressible material **68***a*, **68***b* having a first face and a second face. The first face of the second sheet of resiliently compressible material **68***a*, **68***b* is in engagement or corresponding facing relationship with the second face of the second sheet of flexible, electrically conductive material **64***a*, **64***b*. The second face of the second sheet of resiliently compressible material **68***a*, **68***b* is in engagement with the interior surface **42***a* of the sheath **38**. The second sheet of

US 7,282,879 B2

9

10

resiliently compressible material **68***a*, **68***b* is preferably constructed of the same material and configured generally identically to the first sheet of resiliently compressible material **58***a*, **58***b*. However, it is apparent to those skilled in the art that the first and second sheets of resiliently compressible material **58***a*, **58***b*, **68***a*, **68***b* can differ in configuration, size, and/or material.

As shown in FIG. **2**, the first and second sheets of flexible, electrically conductive material **60***a*, **60***b*, **64***a*, **64***b* are spaced apart by the layer of non-conductive material **62***a*, **62***b* and present equal opposed portions to each other through the openings **66**. Upon the application of force to the sheath **38**, a portion of at least one of the first and second sheets of flexible, electrically-conductive material **60***a*, **60***b*, **64***a*, **64***b* deflects into at least one of the openings **66** in the layer of non-conductive material **62***a*, **62***b* and makes electrical contact between the first and second sheets of flexible, electrically conductive material **60***a*, **60***b*, **64***a*, **64***b* to thereby close or open an electrical circuit to actuate the device to effect a desired result. Preferably, the desired result is that movement of the gate **10** in the first direction X is effected when the second switch **56***b* is actuated and movement of the gate **10** in the second direction Y is effected when the first switch **56***a* is actuated. Alternatively, the device could cause the gate **10** to stop moving, regardless of the direction of travel of the gate **10**, if either one or both of the first and second switches **56***a*, **56***b* is/are actuated.

While it is preferred that the sensing edge **14** include first and second switches **56***a*, **56***b* that are force sensing, as described above, it is understood by those skilled in the art that the present invention is not limited to any particular type of switch. For instance, the first and second switches could be of the type disclosed in U.S. Pat. Nos. 3,462,885; 4,785,143; 4,908,483; and 4,920,241, all of which are hereby incorporated by reference. Moreover, it is within the spirit and scope of the present invention that there be more than two switches within the sensing edge if so desired.

Although each of the components of the first and second switches **56***a*, **56***b* have been discussed as being separate, it is noted that only the first and second sheets of resiliently conductive material **60***a*, **60***b*, **64***a*, **64***b* require spacing therebetween to ensure electrical isolation thereof so that only the first or second switch **56***a*, **56***b* is actuated with application of pressure on the exterior surface **42***b* of the sheath **38** anywhere along the first or second portion **38***a*, **38***b*, respectively. As such, only the first and second sheets of flexible electrically conductive material **60***a*, **60***b*, **64***a*, **64***b* are shown with respective first and second gaps **61**, **65** therebetween in order to electrically isolate the first and second sheets of flexible electrically conductive material **60***a*, **64***a* of the first switch **64***a* from the first sheet of flexible electrically conductive material **60***b*, **64***b* of the second switch **64***b*. The first sheet of resiliently compressible material **58***a*, **58***b*, the layer of non-conductive material **62**, **62***b*, and the second sheet of resiliently compressible material **68***a*, **68***b* each are shown as continuous components and are only referred to as being separate components in order to clearly portray which parts of what components are associated with each of the first and second switches **56***a*, **56***b*. However, it should be understood by those skilled in the art that each of the components could also be separated by gaps so that each of the first and second switches **56***a*, **56***b* include separate and distinct components. Moreover, while it is preferred that the first and second sheets of flexible electrically conductive material **60***a*, **60***b*, **64***a*, **64***b* are separated by first and second gaps **61**, **65**, respectively, it is within the spirit and scope of the present invention that the first and

second sheets of flexible electrically conductive materials **60***a*, **60***b*, **64***a*, **64***b* of each of the first and second switches **56***a*, **56***b* be electrically isolated from one another in a different way.

In the preferred embodiment, the first and second gaps **61**, **65** are preferably approximately ¼ of an inch long. In other words, the first switch **56***a* portions of the first and second sheets of electrically conductive material **60***a*, **64***a* are preferably separated from the second switch **56***b* portions of the first and second sheets of electrically conductive material **60***b*, **64***b* by ¼ of an inch. However, one with ordinary skill in the art would recognize that the lengths of the gaps **61**, **65** could be varied so long as the first switch **56***a* portions of the first and second sheets of electrically conductive material **60***a*, **64***a* are electrically isolated from the second switch **56***b* portions of the first and second sheets of electrically conductive material **60***b*, **64***b*.

Referring to FIG. **4**, each longitudinal end of the sensing edge **14** preferably includes end plugs **15** attached thereto. The shape of the end plugs **15** is preferably substantially identical to the cross-sectional area of the sensing edge **14**. The end plugs **15** are preferably mechanically attached to the ends of the sensing edge **14**. In the preferred embodiment, the end plugs **15** are molded onto the cross-section of the sensing edge **14** providing a waterproof seal. One with ordinary skill in the art would recognize that the end plugs **15** could be attached to the cross-section of the sensing edge **14** by other means, such as using an adhesive.

Preferably, at least some, if not all, of the above-described components of the first and second switches **56***a*, **56***b* are engaged to one another using layers of adhesive therebetween. Each of the layers of adhesive is preferably polyester film with acrylic adhesive on each side thereof. The sensing edge **14** preferably further includes a vapor barrier therein to enclose the components of the first and second switches **56***a*, **56***b*. The vapor barrier is preferably constructed of vinyl, although one with ordinary skill in the art would recognize that any flexible, non-conductive material could be substituted. While it is preferred that the sensing edge **14** include layers of adhesive and a vapor barrier, such a configuration is not intended to be limiting. As such, it is within the spirit and scope of the present invention that the sensing edge **14** not include layers of adhesive and/or a vapor barrier, or that other means be used to adhere successive layers of the switches or create a vapor barrier within the sensing edge, provided the sensing edge is still capable of functioning as described herein.

Referring now to FIGS. **5** and **6**, there is shown a bi-directional sensing edge **14** in accordance with a first alternate embodiment of the invention. The first alternate embodiment is directed to a gate having a leading member **12** which is generally in the form of a parallelogram in cross-section. The sensing edge **14** in accordance with the first alternate embodiment is generally identical to the sensing edge **14** described above in connection with the preferred embodiment, except that the mounting member **30** is configured to complement the different shape of the leading member **12**. That is, the mounting member **30** includes a mounting plate **70** having a first end **70***a*, a second end **70***b*, an inner surface **70***c*, and an outer surface **70***d*. A first elongated clamping member **72** extends from the first end **70***a* of the mounting plate **70** to thereby form an angle therebetween. A second elongated clamping member **74** extends from the second end **70***b* of the mounting plate **70** to thereby form an angle therebetween. The first and second clamping members **72**, **74** each include an inner surface **72***a*, **74***a* and an outer surface **72***b*, **74***b*. The mounting plate **70**,

US 7,282,879 B2

11

first clamping member **72**, and second member **74** are generally trihedrally-shaped in cross-section such that the inner surfaces **70***c*, **72***a*, **74***a* thereof define a first area **76** for receiving in facing engagement a portion of the leading member **12**.

The first clamping member **72** is spaced from the second clamping member **70** for a distance which is less than the maximum lateral distance D of the leading member **12**. The mounting member **30** is constructed of a material having a sufficient degree of flexibility to allow the clamping member **72**, **74** of the mounting member **30** to move toward and away from each other such that the leading member **12** can be snap-fit within the first area **76** to thereby grip and secure the sensing edge **14** to the leading member **12**. As in the preferred embodiment, the first alternate embodiment can also include screws **46** for further securing the sensing edge **14** to the leading member **12**.

Referring to FIG. 6, first, second, third, and fourth electrical conductors or wires **84***a*, **84***b*, **88***a*, **88***b* extend outwardly from the outer sheath **38**. The wires **84***a*, **84***b*, **88***a*, **88***b* are preferably electrically connected to the first and second sheets of flexible electrically conductive materials **60***a*, **60***b*, **64***a*, **64***b* in the manner described above with respect to the preferred embodiment. Preferably, the first and third wires **84***a*, **88***a* extend through a first 90 degree elbow **80***a* exiting from the first portion **38***a* of the sheath **38**, and the second and fourth wires **84***b*, **88***b* extend through a second 90 degree elbow **80***b* exiting from the second portion **38***b* of the sheath **38**. Although this is preferred, it is within the spirit and scope of the present invention that the wires **84***a*, **84***b*, **88***a*, **88***b* exit from the sensing edge **14** in a different manner provided the wires **84***a*, **84***b*, **88***a*, **88***b* and sensing edge **14** are still capable of performing in the manner described herein. The wires **84***a*, **84***b*, **88***a*, **88***b* are preferably each insulated with first, second, third, and fourth wire covers **82***a*, **82***b*, **86***a*, **86***b*, respectively.

It is noted that the bi-directional sensing edge **14** shown in FIG. 6 includes first and second switches **56***a*, **56***b* that extend substantially to the first and second lateral edges **40***a*, **40***b*, respectively, of the sheath **38**, as opposed to leaving an open area between an edge of each of the first and second switches **56***a*, **56***b* and the first and second lateral edges **40***a*, **40***b*, respectively, as is shown with the embodiments of the sensing edges **14** shown in FIGS. **2**, **3**, **5**, and **7**. By extending the switches **56***a*, **56***b* in this manner, a larger sensing area for the sensing edge **14** is provided. If desired, such an arrangement can be provided in the sensing edge **14** of any of the embodiments disclosed herein without departing from the broad inventive concepts thereof.

Referring now to FIG. 7, there is shown a bi-directional sensing edge **14** in accordance with a second alternate embodiment of the present invention. The sensing edge **14** of the second alternate embodiment is generally identical to the sensing edge **14** described above in connection with the first alternate embodiment shown in FIGS. **5** and **6**, except that the first and second clamping member **72**, **74** and associated elements of the first and second switches **56***a*, **56***b* extend a greater distance around the leading member **12** to provide a greater sensing area. Accordingly, further description of the second alternate embodiment is omitted for purposes of convenience only and is not limiting.

In use, an appropriately shaped bi-directional sensing edge **14** is selected for use with a particularly shaped leading member **12** of a gate **10**. The sensing edge **14** is then snap-fit to the leading member **12** of the gate **10** and further fastening elements, such as screws **46**, are used, if desired. The sensing edge **14** is then connected to suitable control cir-

12

cuitry. Since the sensing edge **14** extends around a significant portion of the leading member **12**, the sensing edge **14** senses objects which approach or are approached by the leading member **12** at a wide angle, such as 180 degrees, regardless of whether the gate **10** is pivotally, vertically, or horizontally mounted for movement. Upon the application of force to the sheath **38** by engagement with an object, depending on whether the force is applied to the first or second portion **38***a*, **38***b* thereof, a portion of at least one of the first and second sheets of flexible, electrically conductive materials **60***a*, **60***b*, **64***a*, **64***b* deflects into at least one of the openings **66** in the layer of non-conductive material **62***a*, **62***b* and makes electrical contact between the first and second sheets of electrically conductive material **60***a*, **60***b*, **64***a*, **64***b* to thereby close or open an electrical circuit to actuate one of the first and second switches **56***a*, **56***b* to appropriately actuate the device, as discussed above.

From the foregoing description, it can be seen that the present invention comprises a bi-directional sensing edge **14** for causing a moving gate **10** to move in the opposite direction by actuation of a device upon force being applied to the sensing edge **14**. It would appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concepts thereof. It is understood, therefore, that this invention is not limited to the particular embodiments disclosed, but is intended to cover all modifications which are within the spirit and scope of the invention as defined by the appended claims.

I claim:

**1**. A bi-directional sensing edge for a gate, the gate including a leading member having an external surface with at least first and second sides and a maximum lateral distance, the gate being movable in at least a first direction with the first side leading and a second direction with the second side leading, the sensing edge comprising:

a mounting member for securing the sensing edge to the leading member of the gate, the mounting member including an outer surface and an inner surface defining a first area for receiving at least a portion of the leading member;

an elongate outer sheath having at least first and second portions each respectively corresponding to the first and second sides of the leading member, the sheath further having an interior surface and an exterior surface, the interior surface of the sheath being spaced from the outer surface of the mounting member to thereby define a second area;

a first switch positioned within the second area and corresponding to the first portion of the sheath for actuation of the first switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the first portion; and

a second switch positioned within the second area and corresponding to the second portion of the sheath for actuation of the second switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the second portion.

**2**. A sensing edge according to claim **1**, wherein the inner surface of the mounting member is sized and shaped to extend around at least a portion of the external surface of the leading member having the maximum lateral distance.

**3**. A sensing edge according to claim **2**, wherein the mounting member includes first and second lateral edges spaced apart a distance less than the maximum lateral distance of the leading member, the mounting member being constructed of a material having a sufficient degree of

US 7,282,879 B2

13

flexibility to allow the first and second lateral edges of the mounting member to move toward and away from each other such that the maximum lateral distance portion of the leading member can be snap fit within the first area to thereby grip and secure the sensing edge to the leading member.

**4**. A sensing edge according to claim **3**, wherein the material is polyvinyl chloride.

**5**. A sensing edge according to claim **1**, wherein the sheath includes first and second lateral edges spaced apart and secured to the mounting member proximate first and second lateral edges of the mounting member.

**6**. A sensing edge according to claim **5**, wherein the first and second lateral edges of the sheath are releasably secured to the mounting member.

**7**. A sensing edge according to claim **1**, wherein each of the first and second switches further comprises:

a first sheet of resiliently compressible material having a first face and a second face, the first face of the first sheet of resiliently compressible material being in corresponding facing engagement with a portion of the outer surface of the mounting member;

a first sheet of flexible, electrically conductive material having a first face and a second face, the first face of the first sheet of flexible, electrically conductive material being in corresponding facing engagement with the second face of the first sheet of resiliently compressible material;

a layer of non-conductive material having a first face and a second face, the first face of the layer of non-conductive material being in corresponding facing engagement with the second face of the first sheet of flexible, electrically conductive material, the layer of non-conductive material including at least one opening extending therethrough between the first and second faces thereof;

a second sheet of flexible, electrically conductive material having a first face and a second face, the first face of the second sheet of flexible, electrically conductive mate-

14

rial being in corresponding facing engagement with the second face of the layer of non-conductive material; and

a second sheet of resiliently compressible material having a first face and a second face, the first face of the second sheet of resiliently compressible material being in corresponding facing engagement with the second face of the second sheet of flexible, electrically conductive material, the second face of the second sheet of resiliently compressible material being in corresponding facing engagement with the interior surface of the sheath, the first and second sheets of flexible, electrically conductive material being spaced apart by the layer of non-conductive material and presenting opposed portions to each other through the opening, whereby, upon the application of force substantially anywhere along the exterior surface of the sheath, a portion of at least one of the first and second sheets of flexible, electrically conductive material of one of the first and second switches deflects into the opening in the layer of non-conductive material and makes electrical contact between the first and second sheets of flexible, electrically conductive material to thereby actuate one of the first and second switches to effect a desired result.

**8**. A sensing edge according to claim **7**, wherein the layer of non-conductive material is constructed of a resiliently compressible material.

**9**. A sensing edge according to claim **1**, wherein movement of the gate in the first direction is effected when the second switch is actuated and movement of the gate in the second direction is effected when the first switch is actuated.

**10**. A sensing edge according to claim **1**, wherein the mounting member is generally C-shaped in cross-section.

**11**. A sensing edge according to claim **1**, wherein the mounting member is generally trihedral in cross-section.

\* \* \* \* \*

# EXHIBIT B



**PANITCH**
Intellectual Property Law
**SCHWARZE**

MARTIN G. BELISARIO
(215) 965-1303/fax: (215) 965-1331
mbelisario@panitchlaw.com

February 13, 2017

**<u>Via Certified Mail - Return Receipt Requested</u>**

President
ASO Safety Solutions, Inc.
300 Roundhill Drive, Unit 6
Rockaway, NJ 07866

      Re:      U.S. Patent No. 7,282,879
                   Title: Bi-Directional Sensing Edge for Gate
                   Our Reference: 207266.0160/160US

Dear Sir/Madam:

     We represent Miller Edge, Inc. with respect to its intellectual property matters. Miller Edge is the owner of U.S. Patent No. 7,282,879 (the '879 patent), copy enclosed.

     It has come to Miller Edge's attention that ASO Safety Solutions is using, manufacturing, selling, offering for sale, and/or importing a bi-directional sensing gate edge which may infringe the '879 patent. Specifically, Miller Edge believes that ASO Safety Solutions is selling a bi-directional sensing gate edge to LiftMaster, which LiftMaster is reselling as " Monitored Resistive Wrap Around Edges WR4/WR5/WR6/WS4/WS5/WS6." A copy of LiftMaster's product brochure is enclosed. ASO Safety Solutions may be selling its bi-directional sensing gate edge to other companies.

     We do not have access to a sample of the LiftMaster product. Please either provide us with a sample of the product and/or drawings that accurately depict the product. Miller Edge would prefer to amicably resolve this matter. A license to the '879 patent is available under reasonable terms and conditions. We would appreciate hearing from you within the next fifteen (15) days regarding your company's interest in taking a license under the '879 patent. If there is no interest in a license, we request that you provide us with an explanation of the relevance of the LiftMaster product to the '879 patent.



**PANITCH**
Intellectual Property Law
**SCHWARZE**

President, ASO Safety Solutions
February 13, 2017
Page 2

This letter is without prejudice to the filing of a lawsuit seeking damages and other remedies which Miller Edge may have.

Sincerely yours,

Martin G. Belisario

MGB
Enclosures

{01013718;v1}



Monitored Resistive Wrap Around Edges

# WR4/WR5/WR6
# WS4/WS5/WS6

It's Time to Make Gate Safety a Priority



**Round Profile**

**Square Profile**

# The Most Advanced Monitored Resistive Wrap Around Edges

The **Round and Square Profile Wrap Around Edges** are part of the complete line of LiftMaster® Monitored Resistive Edges. They easily secure directly on to a round or standard square post, ensuring long-lasting stability and reliability without adding a channel.

**FEATURES:**
- Pressure-sensitive edge sends signal to stop and/or reverse gate operation when sensing obstructions
- Integrated diagnostics with our 2016 UL 325 Gate Operators
- Compatible with wireless or hardwired slide gate applications
- Used in virtually any environment

**LIFTMASTER PERIMETER ACCESS SYSTEM**
LiftMaster's full line of safety entrapment protection accessories are tested and proven to work together with our gate operators as a complete UL 325 compliant system.



# LiftMaster®

Case 2:18-cv-10004-MCA-MAH   Document 1   Filed 06/01/18   Page 26 of 39 PageID: 26

Monitored  Resistive Wrap Around Edges

# WR4/WR5/WR6
# WS4/WS5/WS6

## COMMON ENTRAPMENT ZONES



| | Possible Entrapment Zones | | Edge Sensor: Monitored Wireless Edge Kit and Monitored Profile Edge |

**Public Side**

Edge Sensors (public and secure side)

Edge Sensor

Edge Sensor on trailing edge of gate

Wireless Edge Sensor on leading edge of gate

Left Hand Gate opening

ENTRAPMENT ZONE

**Secure Side**

**Slide Gate Applications Only**

 

| FEATURE | MONITORED RESISTIVE EDGES WRAP AROUND STYLE – SQUARE (WS4 / WS5 / WS6) | MONITORED RESISTIVE EDGES WRAP AROUND STYLE – ROUND (WR4 / WR5 / WR6) |
|---|---|---|
| Outdoor Rating: | IP65 | |
| Temperature Range: | -40°F to 149°F (-40°C to 65°C) | |
| Product Dimensions: | 3.8" W x 2.6" H for 2 in. square posts | 3.8" W x 2.8" H for 1.6 – 2.3 in. round posts |
| Lengths: | 4 ft., 5 ft., 6 ft. | |
| Cable Length: | 39 in. | |
| Electrical Diagram: | 2-wire N.O. configuration | |
| Material: | TPE Rubber | |
| Shipping Weight: | WS4 8.8 lbs. WS5 11 lbs. WS6 13.2 lbs. | WR4 8.8 lbs. WR5 11 lbs. WR6 13.2 lbs. |
| Compatibility: | All LiftMaster® Gate Operators with burgundy boards, Wireless Edge Kit (LMWEKITU) and Wireless Edge Transmitter (LMWETXU) ONLY | |
| Carton Contents: | (1) Wrap Around Edge - Square | (1) Wrap Around Edge - Round |
| Warranty: | Two Years | |

Only LiftMaster Monitored Photo Eyes or Edge Sensors may be used with LiftMaster Operators to meet the 2016 UL 325 Standards.

## ADDITIONAL WIRELESS ACCESSORIES

**Monitored Wireless Edge Kit** (LMWEKITU)
- Receiver accepts up to (4) edge transmitters and each transmitter accepts up to (2) wired edges



**Monitored Wireless Edge Transmitter** (LMWETXU)
- Transmitter has two unique configurable open/close edge inputs for LiftMaster Monitored Resistive Edges, no one else offers this feature standard



SQUARE PROFILE
2.6"
3.8"

ROUND PROFILE
2.8"
3.8"

©2016 LiftMaster. All Rights Reserved.
845 Larch Ave., Elmhurst, IL 60126
**LiftMaster.com**
LMGTCAMESW 4/16

CGI IS AN ISO9001 REGISTERED COMPANY

  IC/FCC Certified

CGI reserves the right to make design or specification changes without notice.

**LiftMaster**

US007282879B2

(12) **United States Patent**
Miller

(10) Patent No.: **US 7,282,879 B2**
(45) Date of Patent: **Oct. 16, 2007**

(54) **BI-DIRECTIONAL SENSING EDGE FOR GATE**

(75) Inventor: **Bearge D. Miller**, West Grove, PA (US)

(73) Assignee: **Miller Edge, Inc.**, West Grove, PA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 70 days.

(21) Appl. No.: **11/356,197**

(22) Filed: **Feb. 16, 2006**

(65) **Prior Publication Data**

US 2006/0192682 A1     Aug. 31, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/653,598, filed on Feb. 16, 2005.

(51) Int. Cl.
*H02P 1/22*     (2006.01)
*H02P 1/54*     (2006.01)
*H02P 3/00*     (2006.01)

(52) U.S. Cl. ...................... **318/266**; 318/369; 318/283; 200/61.43; 49/27; 49/28

(58) Field of Classification Search ........ 318/260–266, 318/280–283, 466, 369; 200/61.43; 49/27, 49/28

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,135,131 A | 11/1938 | Bassett |
| 2,740,856 A | 4/1956 | Doeg |
| 2,891,289 A | 6/1959 | Guilbert |
| 3,133,167 A | 5/1964 | Miller |
| 3,154,303 A | 10/1964 | Cavallero et al. |
| 3,243,540 A | 3/1966 | Miller |
| 3,260,812 A | 7/1966 | Miller |
| 3,315,050 A | 4/1967 | Miller |
| 3,321,592 A | 5/1967 | Miller |
| 3,462,885 A | 8/1969 | Miller |
| 3,509,360 A | 4/1970 | Miller |
| 3,654,407 A | 4/1972 | Kepner et al. |
| 3,693,026 A | 9/1972 | Miller |
| 3,754,176 A | 8/1973 | Miller |
| 3,855,733 A | 12/1974 | Miller |

(Continued)

FOREIGN PATENT DOCUMENTS

DE       26 43 505 A1     3/1978

*Primary Examiner*—Paul Ip
(74) *Attorney, Agent, or Firm*—Akin Gump Strauss Hauer & Feld LLP

(57)     **ABSTRACT**

A bi-directional sensing edge includes a mounting member for securing the sensing edge to a leading member of a gate. An elongate outer sheath has at least first and second portions each respectively corresponding to first and second sides of the leading member. An interior surface of the sheath is spaced from an outer surface of the mounting member to thereby define a second area. A first switch is complementarily positioned within the second area and corresponds to the first portion of the sheath for actuation of the first switch upon application of pressure on an exterior surface of the sheath substantially anywhere along the first portion. A second switch is complementarily positioned within the second area and corresponds to the second portion of the sheath for actuation of the second switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the second portion.

**11 Claims, 4 Drawing Sheets**





**CERTIFIED MAIL**

7015 1520 0002 3966 7545

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Certified Mail Fee | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark
Here

Sent To *Pres. ASO Safety Sol*
Street and Apt. No., or PO Box No. *300 Roundhill Dr., Un*
City, State, ZIP+4® *Rockaway NJ  07*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse fo

7015 1520 0002 3966 7545

PANITC
Intellectual Property I
SCHWARZ

Philadelphia, PA 19103-7013

President
ASO Safety Solutions, Inc.
300 Roundhill Drive, Unit 6
Rockaway, NJ 07866

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
*President
ASO Safety Solutions
300 Roundhill Dr., Unit 6
Rockaway NJ 07866*

9590 9402 1942 6123 9125 43

2. Article Number (Transfer from service label)
7015 1520 0002 3966 7545

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT C

**US PATENT 7,282,879 v. LiftMaster WR4/WR5/WR6/WS4/WS5/WS6**

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 1. A bi-directional sensing edge for a gate, the gate including a leading member having an external surface with at least first and second sides and a maximum lateral distance, the gate being movable in at least a first direction with the first side leading and a second direction with the second side leading, the sensing edge comprising: | Images in this claim chart are photographs of a LiftMaster WR5 unless otherwise noted. |

1

## Claim

a mounting member for securing the sensing edge to the leading member of the gate, the mounting member including an outer surface and an inner surface defining a first area for receiving at least a portion of the leading member;

## LiftMaster WR4/WR5/WR6/WS4/WS5/WS6



Mounting member

Outer surface

Inner surface

Area for receiving at least a portion of the leading member

2

## LiftMaster WR4/WR5/WR6/WS4/WS5/WS6



**Claim**

an elongate outer sheath having at least first and second portions each respectively corresponding to the first and second sides of the leading member, the sheath further having an interior surface and an exterior surface, the interior surface of the sheath being spaced from the outer surface of the mounting member to thereby define a second area;

3

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| a first switch positioned within the second area and corresponding to the first portion of the sheath for actuation of the first switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the first portion; and |  Second area corresponding to first portion<br><br>First switch<br><br>First portion |

4

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| a second switch positioned within the second area and corresponding to the second portion of the sheath for actuation of the second switch upon application of pressure on the exterior surface of the sheath substantially anywhere along the second portion. |  |

Second area corresponding to second portion

Second switch

Second portion

5

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 2. A sensing edge according to claim 1, wherein the inner surface of the mounting member is sized and shaped to extend around at least a portion of the external surface of the leading member having the maximum lateral distance. |  Round Profile  Square Profile  Both profiles of the LiftMaster product are sized and shaped such that they are capable of extending around at least a portion of the external surface of the leading member of the gate having the maximum lateral distance.  The leading member of the gate can be placed within the channel of the product.  [images taken from LiftMaster promotional material] |

6

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 3. A sensing edge according to claim 2, wherein the mounting member includes first and second lateral edges spaced apart a distance less than the maximum lateral distance of the leading member, the mounting member being constructed of a material having a sufficient degree of flexibility to allow the first and second lateral edges of the mounting member to move toward and away from each other such that the maximum lateral distance portion of the leading member can be snap fit within the first area to thereby grip and secure the sensing edge to the leading member. |  Both profiles of the LiftMaster product include two lateral edges of a mounting member spaced apart less than the maximum lateral distance of an appropriate leading member, as evidenced by the taper of the lateral edges. LiftMaster promotional material describes the products as being constructed of "TPE Rubber" and as being a "wrap around style," enabling the product to have the flexibility to allow the first and second lateral edges of the mounting member to move toward and away from each other such that the maximum lateral distance portion of the leading member can be snap fit within the first area to thereby grip and secure the sensing edge to the leading member.  [images taken from LiftMaster promotional material] |

7

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 5. A sensing edge according to claim 1, wherein the sheath includes first and second lateral edges spaced apart and secured to the mounting member proximate first and second lateral edges of the mounting member. |  |

8

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 10. A sensing edge according to claim 1, wherein the mounting member is generally C-shaped in cross-section. | Of the two iterations of the LiftMaster Product, the "Round Profile" is generally C-shaped in cross-section: |

9

| Claim | LiftMaster WR4/WR5/WR6/WS4/WS5/WS6 |
|---|---|
| 11. A sensing edge according to claim 1, wherein the mounting member is generally trihedral in cross-section. |

Of the two iterations of the LiftMaster Product, the "Square Profile" is generally trihedral in cross-section |

10